**RICHARD CARDINALE**

ATTORNEY AT LAW

26 COURT STREET, SUITE 1815

BROOKLYN, NEW YORK 11242

(718) 624-9391

Facsimile: (718) 624-4748
E-mail: richcardinale@gmail.com

June 8, 2012

The Honorable Marilyn Dolan Go
United States Courthouse
225 Cadman Plaza East
Brooklyn, N.Y. 11201

      Re:  *Pastori and Ferran* v. *City of New York*, 11 CV 5508 (JBW) (MDG)

Your Honor:

      I represent the plaintiffs in this civil rights case.  I write to provide the Court with a status report as ordered.   I believe that defense counsel will be writing separately.

      On June 5, 2012, I supplemented several of plaintiffs' interrogatory responses after receiving a letter from defense counsel in which he expressed dissatisfaction with several of plaintiff's responses to defendants' discovery requests.

      On June 1, 2012, I wrote defense counsel a letter in which I explained my dissatisfaction with several of defendants' responses to plaintiffs' discovery requests.  I am going to telephone defense counsel next week to discuss these issues pursuant to Local Civil Rule 37.3.

      I filed an amended complaint on May 13, 2012.  The numerous defendants who were added in the amended complaint must serve their waivers of service by summons pursuant to F.R.C.P. 4(d) by June 14, 2012.  If these defendants do not return the waivers, I will have a process server serve these defendants and then demand that defendants bear the costs.

                                                 Respectfully,

                                                 /s/

                                                 Richard Cardinale

Copy: Anthony DiSenso