# **RICHARD CARDINALE**
## ATTORNEY AT LAW
### 26 COURT STREET, SUITE 1815
### BROOKLYN, NEW YORK 11242
### (718) 624-9391

Facsimile: (718) 624-4748
E-mail: richcardinale@gmail.com

July 6, 2012

The Honorable Marilyn Dolan Go
United States Courthouse
225 Cadman Plaza East
Brooklyn, N.Y. 11201

      Re:  *Pastori and Ferran v. City of New York*, 11 CV 5508 (JBW) (MDG)

Your Honor:

      I represent the plaintiffs.  I write to inform Your Honor that we have reached a settlement agreement on the matter of attorney's fees and costs.  Defendants have agreed to pay $14,000 in fees and costs.  A stipulation and order of settlement will be filed next week.

      Respectfully,

      /s/

      Richard Cardinale

Copy: Anthony DiSenso